822    COURT OF ERRORS AND APPEALS.

Phila. Trust, &c., Ins. Co. v. Merchantville.    *76 N. J. L.*

THE STATE, GEORGE W. PHIFER, FISH AND GAME WAR-
DEN, PROSECUTOR, DEFENDANT IN ERROR, v. AN-
DREW R. SNYDER, PLAINTIFF IN ERROR.

Submitted July 6, 1908—Decided November 16, 1908.

On error to the Supreme Court, whose opinion is reported
*ante p.* 87.

For the plaintiff in error, *Joseph F. Smith.*

For the defendant in error, *Nelson B. Gaskill,* assistant at-
torney-general.

PER CURIAM.

The judgment under review herein will be affirmed, for
the reasons expressed in the opinion delivered by Mr. Justice
Swayze in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, REED,
TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BO-
GERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL, J.J.    14.

*For reversal*—None.